United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 29, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-20113
Summary Calendar
_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

    v.

GARY ORNETTE JACKSON

                    Defendant - Appellant

                ---------------------
        Appeal from the United States District Court
            for the Southern District of Texas
                USDC No. H-02-CR-628-ALL
                ---------------------

Before KING, Chief Judge, and DAVIS and STEWART, Circuit Judges.

PER CURIAM:*

    Gary Ornette Jackson appeals his conviction and sentence

following a bench trial for being a felon in possession of a

firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Jackson argues that the district court erred when it denied his

motion to suppress because the police did not obtain valid

consent to search his hotel room.  Jackson fails to show that the

district court's finding that valid consent was given for

officers to search his hotel room was clearly erroneous or

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

influenced by an incorrect view of the law.  See Illinois v. Rodriguez, 497 U.S. 177, 186-87 (1990); United States v. Outlaw, 319 F.3d 701, 703 (5th Cir. 2003); United States v. Jenkins, 46 F.3d 447, 451 (5th Cir. 1995).

Jackson's alternative argument that the district court erred when it denied his motion to suppress because the search of his hotel room was not made incident to a lawful arrest or due to exigent circumstances does not rise to the level of plain error. See United States v. Olano, 507 U.S. 725, 731-37 (1993); United States v. Calverley, 37 F.3d 160, 162-64 (5th Cir. 1994) (en banc).

Jackson's conviction and sentence are AFFIRMED.